UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>        Petitioner               )<br>                                              )<br>v.                                          )<br>                                              )<br>KEVIN P. SPILLANE,        )<br>                                              )<br>        Respondent            ) | Misc. No. 1:09-mc-53-PB |

ORDER ENFORCING IRS SUMMONS

It is ordered that the taxpayer, Kevin P. Spillane, appear on February 2, 2010 at 9:00 a.m. at the IRS Office, 1000 Elm Street, Suite 900, Manchester, New Hampshire, before Revenue Officer Peter M. Lighthall, to give testimony and produce all books and records in his possession or control required and called for by the terms of the June 11, 2009 summons.

       SO ORDERED.

December 7, 2009

                                                                /s/ Paul J. Barbadoro
                                                                Paul J. Barbadoro
                                                                U.S. District Court Judge

cc:  T. David Plourde, AUSA
     Kevin P. Spillane